IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:18-cr-00159 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| ) | |
| ARTURO VIZCAINO ORTEGA ) | |

## ORDER

Pending before the Court is the United States' Motion to Dismiss Indictment (Doc. No. 12). Through the Motion, the Government requests the Indictment in this case be dismissed without prejudice because the Defendant has agreed to be charged by Information in Case No. 3:18cr00170.

The Motion is **GRANTED.** Accordingly, the Indictment in this case is **DISMISSED**, without prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE